Submitted on record and briefs September 23, reversed
September 23, 1975

RICHARD WILCOX, *Petitioner, v.* OREGON
STATE PENITENTIARY, CORRECTIONS
(No. 04-75-166), *Respondents.*
541 P2d 155

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed the brief for respondents.

Before Schwab, Chief Judge, and Langtry and Lee, Judges.

REVERSED. *See, Brown v. OSP,* 22 Or App 522, 540 P2d 386 (1975).

PER CURIAM.